UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| MARY CLARKSON BARKLEY, | ) |
| | ) CASE NO.: 2:21-cv-1727-DCN-MHC |
| Plaintiff, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| DIAMONDS DIRECT USA OF | ) |
| CHARLESTON, LLC and | ) |
| DIAMONDS DIRECT USA, INC. | ) |
| | ) |
| Defendants | ) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their undersigned counsel, hereby stipulate to and give notice of the dismissal of this action with prejudice, and each party bearing their own costs and fees.

| | |
|---|---|
| s/ Brett M. Ehman | s/ Jennifer M. Houti |
| Brett M. Ehman (Fed. ID No. 12844) | Jennifer M. Houti (Fed. ID No. 13530) |
| Brett M. Ehman, Attorney at Law | James, McElroy & Diehl, P.A. |
| 2971 W. Montague Ave., Ste. 203 | 525 N. Tryon St., Suite 700 |
| N. Charleston, South Carolina 29418 | Charlotte, NC 28202 |
| Phone: (843) 225-3607 | Phone: (704) 372-9870 |
| E-mail: brett@ehmanlaw.com | Fax: (704) 350-9319 |
| | E-mail: jhouti@jmdlaw.com |
| **ATTORNEY FOR PLAINTIFF** | |
| | **ATTORNEY FOR DEFENDANTS** |

August 23, 2021
N. Charleston, South Carolina